COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Joyce Hopes-Fontenot v. Farmers New World Life Insurance

Appellate case number:   01-12-00286-CV

Trial court case number:  2011-68916

Trial court:                   234th District Court of Harris County

The Mediation Order dated November 6, 2012 is **withdrawn**. Appellant's November 15, 2012 motion is dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                         ☑ Acting individually     ☐ Acting for the Court


Date: November 29, 2012